# United States Court of Appeals
## For the First Circuit

————

No. 03-1768

UNITED STATES OF AMERICA,

Appellee,

v.

MICHAEL MORGAN,

Defendant, Appellant.

————

ERRATA

The opinion of this court issued on September 2, 2004 is amended as follows:

On page 17, line 7, insert immediately after "circuit precedent" and before the comma the following: "(not yet clearly established to be erroneous)"